**Order filed December 20, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00755-CV
_____

### PAUL STEVEN JACOBS, Appellant

### V.

### MELISSA ELLEN FIELDS JACOBS, Appellee

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-14576**

## O R D E R

Appellant's brief was due November 27, 2012**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **January 21, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM